# UNITED STATES DISTRICT COURT
Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JASON DEWAYNE NORRIS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:08-cr-00219<br>USM No. 18848-075<br><br>Eileen Parrish<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4 and 5   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to abide rules of residential recovery center and failure to notify and receive approval of U.S. Probation of change in living arrangements | 10/30/2023 |
| 2 | Unlawful use of controlled substances | 10/29/2023 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Numbers _____ are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  6272

Defendant's Year of Birth:   1974

City and State of Defendant's Residence:
Gallatin, Tennessee

01/31/2025
Date of Imposition of Judgment

*/s/ Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

February 14, 2025
Date

DEFENDANT: JASON DEWAYNE NORRIS
CASE NUMBER: 3:08-cr-00219

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Failure to obtain approval of U.S. Probation of employment change | 10/30/2023 |
| 4 | Failure to notify probation officer at least ten days prior to any change in employment | 10/23/2024 |
| 5 | Failure to notify probation officer within seventy-two hours of being arrested or questioned by law enforcement | 10/23/2024 |

DEFENDANT: JASON DEWAYNE NORRIS
CASE NUMBER: 3:08-cr-00219

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Time served (7 days)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  JASON DEWAYNE NORRIS
CASE NUMBER:  3:08-cr-00219

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

A term of supervised release to terminate on August 14, 2027, under the same conditions as previously imposed.

DEFENDANT:   JASON DEWAYNE NORRIS

CASE NUMBER:  3:08-cr-00219

DISTRICT:    Middle District of Tennessee

# Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | 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 |
| Defendant's Date of Birth: | 10/12/1974 |
| Defendant's Residential Address: | 207 Ross Avenue<br>Gallatin, TN 37066 |
| Defendant's Mailing Address:<br>*(if different)* | 207 Ross Avenue<br>Gallatin, TN 37066 |